IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID E. BYARD**                                                                     **PLAINTIFF**

VS.                              NO. 4:23-CV-00190 BSM

**JOHN P. CONRY, WILLIAM "BILL" FISHER,
DAVID BURNETT, individually and in his
OFFICIAL CAPACITY, and JOHN DOES 1-10**                      **DEFENDANTS**

### MOTION TO DISQUALIFY COUNSEL FOR THE PLAINTIFF

Come now Separate Defendants, John P. Conry and William "Bill" Fisher, by and through their attorney, Kent Tester, and for their Motion state:

1. This lawsuit was filed by and on behalf of David Byard initially by Luther Sutter and Lucien Gillham on October 17, 2022, in Cleburne County Arkansas Circuit Court.

2. Summonses and Complaints were served on Conry and Fisher on or about January 4, 2023. (Plaintiff attempted to serve the Summons prior to said dates but service was defective.)

3. An Amended Complaint was filed on February 3, 2023, in the Circuit Court of Cleburne County Arkansas with the Defendants, Conry and Fisher, promptly challenging venue as well as all averments contained in the Amended Complaint. The Second Amended Complaint named David Burnett, retired Police Chief of the City of Fairfield Bay, Arkansas, as an additional

Defendant.

4. Upon service of the Summons and Amended Complaint on David Burnett, the City of Fairfield Bay removed the case to this Court.

5. Throughout this time Luther Sutter remained lead counsel of the two attorneys of record representing the Plaintiff, David Byard.

6. Lawyer Sutter filed a Motion to Withdraw on May 11, 2023. Sometime thereafter Luther Sutter announced that he was hired as "General Counsel" for the Fairfield Bay Community Club, Inc., the employer of the majority of witnesses in this case, along with the Club's corporate board members. Furthermore, John Conry and William Fisher are member owners of the Fairfield Bay Community Club, Inc., a corporation in which Luther Sutter now serves as "General Counsel".

7. After Sutter's withdrawal, Lawyer Gillham remained as the sole lawyer for the Plaintiff; however, Sutter and Gillham remained law partners, although at times Counsel for Conry and Fisher received correspondence from lawyer Gillham which did not identify himself as a partner with Sutter. See Exhibit "A", an envelope for correspondence from "Lucien Gillham" not indicating a partnership with Sutter, even though the initial disclosures contained therein contradicted the envelope.

8. Recent correspondence from lawyer Gillham indicates that Sutter and Gillham are still a partnership, Gillham & Sutter PLLC.

9. Plaintiff's lawsuit stems from a manager's meeting held on June 7,

2022, where Byard was the President of the Board of Directors for the Fairfield Bay Community Club, Inc. and General Manager of the Club.

10. Plaintiff complains in his lawsuit that Conry and Fisher somehow had him maliciously prosecuted for Terroristic Threatening.

11. There exists an irreconcilable conflict of interest with Luther Sutter's law partner representing the Plaintiff and Luther Sutter simultaneously representing the employer of the majority of the witnesses that are expected to testify in this case.

12. Since Luther Sutter and Lucien Gillham are members of the same law firm while Sutter serves as General Counsel, there exists an irreconcilable conflict of interest and lawyer Gillham should be disqualified pursuant to the Arkansas Rules of Professional Conduct Rule 1.10, among other specific rules.

13. In support of this Motion to Disqualify, Conry and Fisher attach the following exhibits:

    A. Envelope with Initial Disclosures indicating Lucien Gillham.

    B. Affidavit of James Butler regarding statements made by Luther Sutter to Thomas Welch.

14. Conry and Fisher submit a Brief in Support of this Motion filed separately herein pursuant to Local Rule 7.2.

WHEREFORE, the Plaintiff prays the Court disqualify Lucien Gillham from representing the Plaintiff in this case and for all other proper relief.

                          Respectfully submitted,

                      By: _/s/ Kent Tester_
                          KENT TESTER, AR Bar No. 89123
                          Attorney for Defendants Conry and Fisher
                          Tester Law Firm, P.A.
                          230 Hwy. 65 North, Suite 7
                          Clinton, AR 72031
                          (501) 745-7077 FAX: (501) 745-6161
                          kent@testerlaw.com

## **CERTIFICATE OF SERVICE**

      I, Kent Tester, hereby state under oath that a true and correct copy of the foregoing pleading was served electronically to those parties who have entered an appearance in the Court's Electronic Case Filing (ECF) System, namely, Lucien R. Gillham and Sarah Cowan, on this 10th day of January, 2024.

Lucien Gillham
Lucien.gillham@gmail.com

Sarah Cowan
scowan@arml.org

                                        _/s/ Kent Tester_
                                        KENT TESTER



# AFFIDAVIT OF JAMES L. BUTLER

I, James L. Butler, a resident of Fairfield Bay, Arkansas, presently residing at 157 Greenwood Drive, after being duly sworn, state as follows:

1. That I am a resident of Fairfield Bay, Arkansas;
2. That I am a former long-term acquaintance of David E. Byard ("Byard"), who used to call me daily over the course of many years for advice;
3. That I was a party to conversations with Byard over the course of many years wherein Byard would confess multiple schemes to deceive the Fairfield Bay Community Club;
4. That not only did Byard confess his schemes to me, he frequently emailed and texted confirmations of such, including, but not limited to, taking control of the Fairfield Bay Community Club's Board of Directors (See Attachment A);
5. That some time in the fall of 2022, Byard stated that he had retained Luther O'Neill Sutter ("Sutter"), an attorney from Little Rock, Arkansas, to initiate a lawsuit against residents of Fairfield Bay, as well as the then-Police Chief, which was subsequently handed off to Lucien Gillham, Sutter's law partner, because Sutter is now General Counsel of the Fairfield Bay Community Club;
6. That Byard recounted to me a specific conversation with Sutter when Byard retained Sutter to be his attorney, and that in response to his desire for retribution against Robert and Margaret Lanier for their participation in revealing his schemes to deceive the Community Club, Sutter asked Byard words to the effect, "Do you want me to mess them up or fuck them up?" to which Byard reported he responded, "Fuck them up";
7. That in late 2022, I began surreptitiously recording Byard because I believed his schemes to be harmful to the community, and I required proof to present to authorities; and



8. That another goal in recording Byard was to provide proof of an ongoing pattern of behavior of running residents out of Fairfield Bay that opposed him by use of threats, intimidation, and misuse of the legal system for his personal vendettas as memorialized in a recording where Byard states, "We're in the legal business now, we'll fucking sue anybody that walks" – referring to dues-paying members of the Fairfield Bay Community Club;

9. That most recently, in early December 2023, Tom Welch, while still on the Board of Directors, told me that Luther Sutter threatened to sue him, "Luther opened up with a tirade on me essentially saying that the only way we're going to stop these people, and he looked right at me, is to sue them. Luther was looking right at me. That's when they advised me to get a lawyer."

_____
James L. Butler, Affiant

Acknowledged before me this 10th day of JANUARY, 2024.

_____
Signature of Notary Public

My Commission Expires: 10/20/2030

KAREN TANGEN
COMM. #12712573
Notary Public - Arkansas
Van Buren County
My Comm. Expires Oct. 20, 2030