# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID E. BYARD**                                                                              **PLAINTIFF**

**v.**                        **CASE NO. 4:23-CV-00190-BSM**

**JOHN P. CONRY, et al.**                                         **DEFENDANTS**

## ORDER

Defendants' motion to remand [Doc. No. 85] is granted and this case is immediately remanded to the Cleburne County Circuit Court. This case was removed by defendants based on federal question jurisdiction. Notice of Removal ¶ 4, Doc. No. 1. Summary judgment was granted against plaintiff David Byard and the only remaining claims are John Conry and Williams Fisher's state law counter-claims. *See* Order, Doc. No. 84; Counterclaim, Doc. No. 15. Thus, federal question jurisdiction no longer exists, the exercise of supplemental jurisdiction is declined, and remand is proper. *See* 28 U.S.C. §1367(c); 28 U.S.C. § 1332; *Hunter v. Page Cnty., Iowa*, 102 F.4th 853, 871 (8th Cir. 2024).

IT IS SO ORDERED this 27th day of January, 2025.

*[signature: Brian S. Miller]*

UNITED STATES DISTRICT JUDGE